```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 04 B 17964
   ROBERT P LASOCKI
                                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-0740


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/06/04 and confirmed on 07/19/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  63967.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED         15750.69         1184.59      15750.69
DAIMLER CHRYSLER FINANCI  SECURED          8826.48          550.98       8826.48
INTERNAL REVENUE SERVICE  PRIORITY         8835.44             .00       8835.44
INTERNAL REVENUE SERVICE  UNSECURED      189526.80             .00      22595.42
CAPITAL ONE FINANCIAL     UNSECURED         731.47             .00         87.21
DISCOVER BANK             UNSECURED        3818.25             .00        455.21
FIRST NORTH AMERICAN NAT  UNSECURED      NOT FILED             .00           .00
KCA FINANCIAL SERVICES    UNSECURED      NOT FILED             .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED        2302.93             .00        274.56
INTERNAL REVENUE SERVICE  SECURED           965.00          139.38        965.00
COMPUCREDIT CORP          UNSECURED        1198.13             .00        142.84
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  25542.17      8835.44    197577.58        .00      231955.19
PRINCIPAL PAID      25542.17      8835.44     23555.24        .00       57932.85
INTEREST PAID        1874.95          .00          .00        .00        1874.95
TOTAL PAID          27417.12      8835.44     23555.24        .00       59807.80
The Debtor's attorney, SCHOTTLER & ZUKOSKY          , was allowed $  2200.00
and was paid $   500.00  direct and $  1700.00  through the plan.

The Trustee received $   2459.20 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 01/09/08                      /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
     CASE NO. 04 B 17964 ROBERT P LASOCKI
```